FELICE JOHN VITI, Acting United States Attorney (#7007)
ALLISON H. BEHRENS, Assistant United States Attorney (#38482)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | **SEALED** |
|---|---|
| Plaintiff, | |
| | COMPLAINT |
| vs. | |
| | Count 1: 18 U.S.C. § 922(g)(1) |
| CHRISTOPHER SOLOMON PROCTOR, | Felon in Possession of Ammunition |
| Defendant. | 2:25-mj-00876 DBP |

### COUNT 1
### 18 U.S.C. § 922(g)(1)
### (Felon in Possession of Ammunition)

On or about September 20, 2025, in the District of Utah,

CHRISTOPHER SOLOMON PROCTOR,

the defendant herein, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, to wit: .22 caliber ammunition and the ammunition was in and affecting interstate commerce; all in violation of 18 U.S.C. § 922(g)(1).

## ELEMENTS OF OFFENSES

The elements for Count 1, a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition, are:

First: the defendant knowingly possessed ammunition;

Second: at the time of possession, the defendant had been convicted of a felony offense;

Third: at the time of the possession, the defendant knew he had been convicted of a felony offense; and

Fourth: prior to or during defendant's possession of the ammunition, the ammunition had traveled in interstate or foreign commerce.

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Brian Adkins, a Special Agent with the Federal Bureau of Investigation ("FBI") being duly sworn, states as follows:

1. I am a Special Agent with the FBI and have been so employed since June 2010. I am currently assigned to a public corruption squad in the Los Angeles Field Office of the FBI. Since September 19, 2025, I have been temporarily assigned to Salt Lake City, Utah, to assist in ongoing matters. During my employment with the FBI, I have participated in multiple investigations of public officials and organized crime figures, including those involving bribery, extortion, mail and wire fraud, and obstruction of justice. Many of these investigations have involved the use of informants, cooperating witnesses and have required financial analysis. I have also conducted physical surveillance and have monitored electronic surveillance, to include the initiation of multiple Title III wiretaps in multiple federal jurisdictions.

2. On September 19, 2025, I applied for and obtained two search warrants from the Honorable Dustin B. Pead relating to Christopher Solomon Proctor ("PROCTOR"). One search warrant was for PROCTOR'S residence located in Salt Lake City, Utah 84105. The second search warrant was for PROCTOR'S vehicle, a 2004 Honda CR-V Sport Utility Vehicle bearing a Utah License Plate.

3. On September 20, 2025, law enforcement officers served both of those search warrants. Pursuant to the search of the 2004 Honda CR-V SUV, law enforcement officers located a large quantity of ammunition.



*Ammunition found in Vehicle*

4. The ammunition was evaluated and determined to be .22 caliber ammunition. The ammunition contains an "F" imprint on the primer portion of the ammunition. Based on my training and experience, I believe this imprint indicates that the ammunition was

3

manufactured by Federal Ammunition, a manufacturing facility located in Minnesota. Therefore, the ammunition necessarily traveled across state lines in order to be in Utah on this date.

5. Defendant PROCTOR has previously been convicted of a felony offense. Specifically, in 2003, PROCTOR was convicted of one count of Burglary, a Third Degree Felony, for which he was sentenced to an indeterminate 0-5 year term of imprisonment. At that same time, PROCTOR was also convicted of one count of Larceny, a Third Degree Felony, for which he was sentenced to an indeterminate 0-5 year term of imprisonment. As a result of those criminal proceedings, Defendant PROCTOR knew that he had been convicted of a felony offense.

6. A search of the Utah Motor Vehicles Division databases indicates PROCTOR is the registered owner of the 2004 Honda CRV in question. The CRV is registered to PROCTOR'S residence in Salt Lake City, Utah, 84105. Further, on September 17, 2025, law enforcement officers observed PROCTOR leave his residence and enter the Honda CRV. On September 19, 2025, PROCTOR was observed by law enforcement driving the CRV.

//

//

//

//

//

Based on the foregoing information, I respectfully request that an arrest warrant be issued for Christopher Solomon PROCTOR for a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition.

Respectfully submitted,

*/s/ Brian Adkins*
Brian Adkins
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me
This 20th day of September, 2025.

_____
DUSTIN B. PEAD
United States Magistrate Court Judge

APPROVED:

FELICE JOHN VITI
Acting United States Attorney

*s/ Allison H. Behrens*

ALLISON H. BEHRENS
Assistant United States Attorney

5