FELICE JOHN VITI, Acting United States Attorney (#7007)
MICHAEL THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER SOLOMON PROCTOR, Defendant. | Case No. 2:25-mj-00876 MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

The United States Attorney for the District of Utah respectfully shows this Honorable Court that the above-named defendant, CHRISTOPHER SOLOMON PROCTOR, now being confined in the SALT LAKE COUNTY CORRECTIONAL FACILITY, under the authority of the Salt Lake County Sheriff's Office, is to appear in the United States District Court for the District of Utah before the Honorable Magistrate Judge Dustin B. Pead on the 22th day of September, 2025 at 2:00 p.m. for the charges of Felon in Possession of Firearm, and it is necessary that the defendant be present in person on said date, during proceedings, appearances, and final disposition of the case.

NOW, THEREFORE, your petitioner respectfully prays that this Honorable Court do forthwith order a Writ of Habeas Corpus Ad Prosequendum to issue from this Court to the United States Marshal for the District of Utah, or any other United States Marshal or other agent, requiring

him to serve said Writ on the Warden, or Superintendent, or custodian of any place or institution where the said defendant is confined, and requiring said United States Marshal, to produce said defendant before the Court on the above stated date for proceedings and appearances upon the aforesaid charges, and to hold the defendant at all times in his custody as an agent of the United States of America until final disposition of the case, thereafter to return the defendant to the Institution wherein now confined.

DATED this 22nd day of September 2025.

FELICE JOHN VITI
Acting United States Attorney

*/s/ Michael Thorpe*
MICHAEL THORPE
Assistant United States Attorney