FELICE JOHN VITI, Acting United States Attorney (#7007)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801)524-5682

_____

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER SOLOMON PROCTOR, <br><br> Defendant. | **UNITED STATES' FIRST POSITION REGARDING DETENTION** <br><br><br> Case No. 2:25-mj-00876 DBP |

As a threshold matter, the United States properly moves for detention at this time pursuant to 18 U.S.C. § 3142(f)(1) because defendant is charged in the Complaint with a felony that is involves the possession or use of a firearm.

Pursuant to 18 U.S.C. § 3142(f), the United States may seek a continuance of the detention hearing of up to three days. At the Initial Appearance scheduled in this case for Tuesday, September 23, 2025, at 2:00 P.M., the United States will move for a continuance of the detention hearing for three days, as permitted by law.

The United States will file a Second Position Regarding Detention in advance of the requested continued detention hearing.

## Victim Notification

Based on the charge contained in the Complaint in this matter, victim notification is not required.

DATED this 23rd day of September 2025.

                                                FELICE JOHN VITI
                                                ACTING UNITED STATES ATTORNEY

*/s/ Michael J. Thorpe*

_____

MICHAEL J. THORPE
Assistant United States Attorney