FELICE JOHN VITI, Acting United States Attorney (#7007)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER SOLOMON PROCTOR, <br><br> Defendant. | Case No. 2:25-mj-00876 DBP <br><br> **MOTION FOR LEAVE OF COURT TO FILE A DISMISSAL OF THE COMPLAINT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of

Court, the United States hereby moves to dismiss the Complaint against defendant

CHRISTOPHER SOLOMON PROCTOR. The reason for this motion is based on the

interests of justice.

Dated this 26th day of September 2025.

FELICE JOHN VITI
Acting United States Attorney

MICHAEL J. THORPE
Assistant United States Attorney